# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

―――――――――――――――――

Case No. 6D23-724
Lower Tribunal No. 20-CF-015433

―――――――――――――――――

GUILLERMO GARCIA HEMBREE,

Appellant,

v.

STATE OF FLORIDA,

Respondent.

―――――――――――――――――

Appeal from the Circuit Court for Lee County.
Robert Branning, Judge.

December 12, 2023

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED